IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

> Diversity
>
> Federal Question
>
> The "Mass Action" provisions of the Class Action Fairness Act
>
> ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)
>
> Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

 Count I – Defective Design
 Count II – Failure to Warn
 Count III – Negligence
 Count IV – Negligence Per Se
 Count V – Trespass and Battery
 Count VI – Strict Product Liability
 Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
 Count VIII – Concealment, Misrepresentation, and Fraud
 Count IX – Conspiracy
 Count X – Wrongful Death
 Count XI – Loss of Consortium

 <u>Other Causes of Action:</u>
 Count XII – _____
 Count XIII – _____
 Count XIV – _____
 Count XV – _____
 Count XVI – _____
 Count XVII – _____
 Count XVIII – _____
 Count XIX – _____
 Count XX – _____
 Others
 _____
 _____
 _____

## **<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/03/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/: _____ nehur _____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Woodcock, Kirt OBO Woodcock, Patricia | 10/26/1950 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Woodcock, Kirt | | NC | Eastern District of North Carolina | | | | | Count XI |
| 3. | Wolters, Valerie | 09/02/1954 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 4. | Winston, Sally Ann | 03/05/1980 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Williamson, Monica OBO Williamson, Willie | 09/20/1964 | MO | Eastern District of Missouri | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 6. | Wilkerson, Gerald Lee | 12/15/1946 | AL | Southern District of Alabama | No | Yes | No | Kidney Cancer, Bladder Cancer, Testicular Cancer | Counts I-XI |
| 7. | Wilkerson, Donna | | AL | Southern District of Alabama | | | | | Count XI |
| 8. | Watson, Terrel Wayne | 07/22/1961 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 9. | Watson, Debra Colleen | 03/07/1954 | OK | Eastern District of Oklahoma | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 10. | Watson, Thomas Arnold | | OK | Eastern District of Oklahoma | | | | | Count XI |
| 11. | Walker, Terry Lee | 06/15/1961 | UT | District of Utah | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 12. | Tomblin, Douglas Edward | 04/20/1955 | OH | Northern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 13. | Taylor, Wallace Wilbur | 11/28/1949 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 14. | Strachan, Judy L. | 11/28/1973 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Stokes, Edward Lebron | 01/06/1959 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Stokes, Joye | | TN | Eastern District of Tennessee | | | | | Count XI |
| 17. | Stevens Cantu, Cynthia Gail | 12/24/1967 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 18. | Squires, Brian James | 10/08/1961 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 19. | Smith, Samuel Alee | 01/09/1971 | WA | Western District of Washington | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 20. | Sims, Steven Richard | 07/20/1954 | CA | Eastern District of California | Yes | No | No | Thyroid Disease, Prostate Cancer | Counts I-XI |
| 21. | Shumaker, June Carolyn | 12/12/1953 | IL | Central District of Illinois | No | Yes | No | Ulcerative Colitis, Kidney Disease | Counts I-XI |
| 22. | Shumaker, William H. | | IL | Central District of Illinois | | | | | Count XI |
| 23. | Shavers, Donna Jo | 04/03/1961 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Colon Cancer | Counts I-XI |
| 24. | Sanders, Bruce Lurone | 09/05/1956 | FL | Southern District of Florida | No | Yes | No | Liver Cancer, Prostate Cancer | Counts I-XI |
| 25. | Sanders, Venita G. | | FL | Southern District of Florida | | | | | Count XI |
| 26. | Rusolo, Gerald Jude | 08/04/1974 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 27. | Rusolo, Melissa Ann | | NY | Eastern District of New York | | | | | Count XI |
| 28. | Ruggiero, Patricia L. OBO Ruggiero Joseph | 04/25/1961 | PA | Eastern District of Pennsylvania | No | Yes | No | High Cholesterol, Testicular Cancer | Counts I-XI |
| 29. | guez, Barbara Elanie OBO Gonzales, Anthony F | 05/01/1957 | CA | Central District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 30. | Robinson, Misty Elaine | 11/06/1976 | TX | Northern District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 31. | Stringfellow, Mark | | TX | Northern District of Texas | | | | | Count XI |
| 32. | Rivers, Myron | 07/05/1967 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 33. | Price, David Alan | 11/04/1950 | TX | Northern District of Texas | Yes | Yes | No | Kidney Cancer, High Cholesterol, Bladder Cancer | Counts I-XI |
| 34. | Powers, Danielle Marie | 01/07/1972 | NY | Northern District of New York | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 35. | Powers, Timothy | | NY | Northern District of New York | | | | | Count XI |
| 36. | Poland, Timothy John | 09/12/1957 | MT | District of Montana | No | Yes | No | Kidney Cancer, Bladder Cancer | Counts I-XI |
| 37. | Poland, Conda | | MT | District of Montana | | | | | Count XI |
| 38. | Plemons, Edward Benjamin | 07/17/1952 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 39. | Plaugher, Randall Dean | 03/26/1960 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 40. | Pitts, Lonnie | 07/23/1954 | TX | Northern District of Texas | Yes | Yes | No | Ulcerative Colitis, High Cholesterol, Colon Cancer | Counts I-XI |
| 41. | Pion, Gregory Louis | 10/06/1958 | CO | District of Colorado | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 42. | Pion, Karen | | CO | District of Colorado | | | | | Count XI |
| 43. | Phipps, Toni Renee OBO Charpentier Jackie | 02/05/1969 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-XI |
| 44. | Phillips, Paul Jabob | 11/01/1947 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 45. | Phillips, Fayetta | | KY | Eastern District of Kentucky | | | | | Count XI |
| 46. | Petersen, Vincent | 03/08/1949 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, Liver Cancer, Prostate Cancer | Counts I-XI |
| 47. | Pecoraro, Marianne OBO Pecoraro, Phillippe | 06/30/1951 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, Liver Cancer, High Cholesterol | Counts I-XI |
| 48. | ul, Bird-Prisco Douglas OBO Mary, Prisco Eile | 08/29/1927 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 49. | Normand Vincent, Michael Maurice Jr. | 01/02/1970 | MA | District of Massachusetts | No | Yes | No | Liver Cancer | Counts I-XI |
| 50. | Mueller, Scott Allan | 06/10/1963 | SD | District of South Dakota | No | Yes | No | Ulcerative Colitis, Prostate Cancer | Counts I-XI |
| 51. | Mueller, Suzanne | | SD | District of South Dakota | | | | | Count XI |

| # | Name | DOB | State | District | Col5 | Col6 | Col7 | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 52. | Mossak, Julianne OBO Mossak, Ernest Paul | 03/21/1926 | MN | District of Minnesota | No | Yes | No | Kidney Cancer, Testicular Cancer | Counts I-XI |
| 53. | Mize, Gregory Allan | 03/07/1947 | FL | Southern District of Florida | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 54. | Means, Andrew | 03/20/1979 | AL | Northern District of Alabama | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 55. | Mcguire, Catherine Adel | 04/05/1956 | OK | Western District of Oklahoma | No | Yes | No | Thyroid Disease, High Cholesterol, Ulcerative Colitis | Counts I-XI |
| 56. | McFarland, Terry Kay | 04/05/1955 | KS | District of Kansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 57. | McElroy, John Rober | 07/12/1965 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 58. | McElroy, Chasity | | LA | Western District of Louisiana | | | | | Count XI |
| 59. | McDuffie, Gary Ray | 01/25/1944 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | McDuffle, Kathleen | | LA | Eastern District of Louisiana | | | | | Count XI |
| 61. | ison, Sharene Taylor OBO Mattison, Gordon Dw | 06/22/1948 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 62. | Mateen, Abdullah Radhaq | 05/14/1958 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 63. | Martin, Judy Sue OBO Martin, Darrell Wayne | 01/21/1951 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 64. | Maldonado, Naomi Citlali | 08/30/2005 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 65. | Mackey, Martha Jones | 06/12/1980 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 66. | Mackey, Jonathan | | GA | Middle District of Georgia | | | | | Count XI |
| 67. | Lorenzo, Santos | 02/12/1976 | PA | Middle District of Pennsylvania | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 68. | Lopp, Connie Marie | 11/01/1946 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 69. | Logan, Robert Leon | 12/09/1955 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 70. | Limones Jr., Richard Henry | 07/16/1984 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 71. | Jones, Cassandra OBO Light, Kenneth Bernard | 08/30/1989 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Jersey, Mark David | 11/15/1964 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 73. | Jersey, Laurie | | FL | Middle District of Florida | | | | | counts I-XI |
| 74. | Jenkins, Timmothy Henry | 05/07/1963 | NY | Southern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 75. | Jefferson, Johnny Lee | 09/24/1966 | AL | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 76. | Jackson, Corina Denese | 07/14/1958 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 77. | Jackson, Eddie | | MO | Western District of Missouri | | | | | Count XI |
| 78. | Jackson, Carrolyn Gay | 11/20/1960 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 79. | Iagatta, Elaine Evelyn | 04/13/1963 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis, Colon Cancer | Counts I-XI |
| 80. | Hurd, Sonya Marie | 11/22/1970 | AR | Western District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 81. | Huffstetler, Dave Erwin | 03/25/1936 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 82. | Howard, Deidra Chnel | 06/06/1963 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Howard, Gardner | | OK | Western District of Oklahoma | | | | | Count XI |
| 84. | Horan, April Marie | 05/17/1982 | PA | Western District of Pennsylvania | No | Yes | No | Ulcerative Colitis, Colon Cancer | Counts I-XI |
| 85. | Hopson, Darriel Louis | 07/28/1978 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Hopkins, Rodney Martin | 11/06/1955 | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 87. | Hopkins, Ana Stein | | AR | Eastern District of Arkansas | | | | | Count XI |
| 88. | Hopkins, Rachel Marie | 06/30/1979 | IA | Northern District of Iowa | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 89. | Holmlund, Reed Martin | 04/08/1952 | IA | Southern District of Iowa | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 90. | Stroud, Linda Kay | | IA | Southern District of Iowa | | | | | Count XI |
| 91. | Hodge, Timothy Eugene | 01/05/1969 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 92. | Hines, Russell Christopher | 07/16/1998 | OR | District of Oregon | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 93. | Peck, Alexandra Michelle | | OR | District of Oregon | | | | | Count XI |
| 94. | Hernandez, Freddy Sanchez | 07/31/1964 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 95. | Hernandez, Adriana | | TX | Northern District of Texas | | | | | Count XI |
| 96. | Hernandez, Aaron Paul | 03/05/1959 | CO | District of Colorado | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 97. | Hermance, Robert Charles | 01/17/1958 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 98. | Hayes, Steven Wayne | 04/03/1953 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 99. | Hayes, Harry L. | 09/19/1953 | IL | Central District of Illinois | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 100. | Harris Sr., Alfred | 06/18/1956 | GA | Southern District of Georgia | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 101. | Harris, Doris | | GA | Southern District of Georgia | | | | | Count XI |
| 102. | Hare, Michael Steven | 10/19/1955 | VA | Eastern District of Virginia | Yes | No | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 103. | Hare, Deborah | | VA | Eastern District of Virginia | | | | | Count XI |
| 104. | Hardy, Shirley | 09/15/1949 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 105. | Hansen, Robert James | 12/19/1959 | AZ | District of Arizona | No | Yes | No | Testicular Cancer, Male Breast Cancer, High Cholesterol | Counts I-XI |
| 106. | Ham, Kenneth David | 11/29/1962 | LA | Western District of Louisiana | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 107. | Ham, Elena | | LA | Western District of Louisiana | | | | | Count XI |

| # | Name | DOB | State | District | Col1 | Col2 | Col3 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 108. | Hairston, Marie | 02/11/1956 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-XI |
| 109. | Gutierrez, Virginia Olmos | 02/02/1945 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 110. | Gutierrez, David Austin | | CA | Eastern District of California | | | | | Count XI |
| 111. | Green, Anthony Joe | 03/16/1972 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 112. | Grabowsky-Rozelman, Gayle | 11/06/1958 | OH | Northern District of Ohio | No | Yes | No | Liver Cancer | Counts I-XI |
| 113. | Gorden, Marvin Ray | 09/26/1968 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 114. | Gonzalez, Lorraine Marie | 04/06/1987 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 115. | Glorianne, Susan Jung OBO Timothy, Waine Jung | 09/28/1968 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 116. | Gilmer, Jeannie Marie | 08/18/1971 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 117. | Gilmer, Brian | | OK | Western District of Oklahoma | | | | | Count XI |
| 118. | Gill, Luis | 12/07/1952 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 119. | Gibson, Robert Jack | 05/04/1968 | CA | Northern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 120. | Gibson, Kimberly | | CA | Northern District of California | | | | | Count XI |
| 121. | Garcia, Jose Jr. | 06/27/1954 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Garcia, Juanita | | TX | Southern District of Texas | | | | | Count XI |
| 123. | Fuller, Marilyn Jeanette | 06/17/1959 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Fuller, Adrian III | | FL | Middle District of Florida | | | | | Count XI |
| 125. | Finsley, Devin Keith | 08/21/1990 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 126. | Finn, Nonrene OBO Finn, Michael Edward | 08/17/1948 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 127. | Fields-Shook, Eliza | 07/27/1963 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 128. | Everst, Paul Tom | 10/12/1952 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, Prostate Cancer, High Cholesterol, Bladder Cancer | Counts I-XI |
| 129. | Etchison, Matthew Aaron | 12/21/1972 | NY | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-XI |
| 130. | Estes, Joel Jay | 08/05/1963 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 131. | Ellis, Ida Mae | 02/24/1949 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, High Cholesterol, Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 132. | Ehrhardt, Deborah OBO Bruno Sr., Leonard Donar | 03/24/1923 | NY | Eastern DIstrict of New York | No | Yes | No | Kidney Cancer, Prostate Cancer, High Cholesterol | Counts I-XI |
| 133. | Fignarelli-Bruno, Marie | | NY | Eastern DIstrict of New York | | | | | Count XI |
| 134. | Eckles, Wendy S. | 02/17/1971 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 135. | Ebright, Nancy | 08/18/1961 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 136. | Dunsmore, Michelle Patricia | 08/30/1968 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 137. | Delk, Glen Curtis | 03/31/1962 | NY | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 138. | Dawson, Tasha Lovonne | 08/25/1978 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 139. | Davis, Mark Randall | 12/19/1956 | AR | Western District of Arkansas | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 140. | Daniel, Albert | 05/30/1950 | LA | Eastern District of Louisiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 141. | Cummings, Willie B. | 10/05/1962 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 142. | Cortez, Stacy Louis | 08/29/1966 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 143. | Crist, Walter Barry | 12/25/1943 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer, Bladder Cancer, Prostate Cancer | Counts I-XI |
| 144. | Crist, Mary | | IA | Southern District of Iowa | | | | | Count XI |
| 145. | Cofield, Tony Wendel | 06/24/1959 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 146. | Clemmons, Richard Eugene | 09/16/1966 | FL | Southern DIstrict of Florida | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 147. | Carrell, Caroline Sue OBO Carrell, Michael Lynn | 01/29/1950 | IN | Southern District of Indiana | No | Yes | No | Liver Cancer | Counts I-XI |
| 148. | Bryant, Pamela Elaine | 02/09/1958 | MO | Western District of Missouri | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 149. | Brown, Marsha Anette | 01/20/1966 | KY | Western District of Kentucky | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 150. | Brown, Kimberly Ann | 03/08/1964 | WI | Eastern District of Wisconsin | No | Yes | No | Ulcerative Colitis | Counts I-XI |